# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| EMERSON RAINSBURG, | |
| PLAINTIFF, | CASE NO.: 1:24-CV-47 |
| v. | JUDGE JAMES S. GWIN |
| MIDDLEFIELD BANKING COMPANY, | JUDGMENT |
| DEFENDANT. | |

The Court having entered an Order on March 28, 2024. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: March 28, 2024

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE